IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00365-CNS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AMADOU NDIANOR,

       Defendant.

_____

### MOTION FOR LEAVE TO RESTRICT ACCESS
_____

Defendant, Amadou Ndianor, by and through undersigned counsel, and unopposed by the government, requests leave to file Doc. Nos. 84 and 85 under level 2 restriction.

                             Respectfully submitted,

                             VIRGINIA L. GRADY
                             Federal Public Defender


                             */s/ John C. Arceci*
                             JOHN C. ARCECI
                             Assistant Federal Public Defender
                             633 17th Street, Suite 1000
                             Denver, CO 80202
                             Telephone: (303) 294-7002
                             FAX: (303) 294-1192
                             Email: John_Arceci@fd.org
                             Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ John C. Arceci
JOHN C. ARCECI
Assistant Federal Public Defender